UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELBRIDGE H. STUART,

                    Plaintiff,

          v.

CAMP KOREY,

                    Defendant.

NO. 2:16-cv-01815-RSM

STIPULATION AND ORDER TO EXTEND
DEADLINE TO COMPLETE DEPOSITIONS

The parties hereby stipulate to extend the deadline for completion of depositions in the

above-referenced matter from June 19, 2017 to July 14, 2017. The parties further agree that the

modification of this deadline is necessary to accommodate the schedules of both the deponents

and counsel.

//

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE
DEPOSITIONS - 1
2:16-CV-01815-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1    DATED this 30th day of May, 2017.

2

3                                                   OGDEN MURPHY WALLACE, P.L.L.C.

4

5                                                   By _____ s/ Jessica Jensen _____
                                                        Jessica B. Jensen, WSBA #29353
6                                                       901 Fifth Avenue, Suite 3500
                                                        Seattle, Washington 98164-2008
7                                                       Tel: 206.447.7000/Fax: 206.447.0215
                                                        E-mail:  jjensen@omwlaw.com
8                                                       Attorneys for Plaintiff

9                                                   SHARTSIS FRIESE LLP

10

11                                                  By _____ s/ Frank Cialone _____
                                                        Frank A. Cialone, *Pro Hac Vice*
12                                                      One Maritime Plaza
                                                        Eighteenth Floor
13                                                      San Francisco, CA  94111
                                                        Tel: 415.421.6500/Fax: 415.421.2922
14                                                      E-mail:  fcialone@sflaw.com
                                                        Attorneys for Plaintiff
15

16                                                  CALFO EAKES & OSTROVSKY, P.L.L.C

17

18                                                  By _____ s/ Damon Elder _____
                                                        Patricia A. Eakes, WSBA #18888
19                                                      Damon C. Elder, WSBA #46754
                                                        Emily Dodds Powell, WSBA #49351
20                                                      1301 Second Avenue, Suite 2800
                                                        Seattle, Washington 98101
21                                                      Tel: 206.407.2200Fax: 206.407.2224
                                                        E-mail:  patty@calfoeakes.com
22                                                                  damone@calfoeakes.com
                                                                    emilyp@calfoeakes.com
23                                                      Attorneys for Defendant

24

25

26

STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE
DEPOSITIONS - 2
2:16-CV-01815-RSM

**ORDER**

For good cause, and pursuant to the agreement of the parties, the date for completion of

depositions will be extended from June 19, 2017 to July 14, 2017.

DATED THIS 1st day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.

By _____s/ Jessica Jensen_____
Jessica B. Jensen, WSBA #29353
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215
E-mail: jjensen@omwlaw.com
Attorneys for Plaintiff

SHARTSIS FRIESE LLP

By _____s/ Frank Cialone_____
Frank A. Cialone, *Pro Hac Vice*
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111
Tel: 415.421.6500/Fax: 415.421.2922
E-mail: fcialone@sflaw.com
Attorneys for Plaintiff

STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE
DEPOSITIONS - 3
2:16-CV-01815-RSM

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1    CALFO EAKES & OSTROVSKY, P.L.L.C.

2    By         s/ Damon Elder
             Patricia A. Eakes, WSBA #18888
3            Damon C. Elder, WSBA #46754
             Emily Dodds Powell, WSBA #49351
4            1301 Second Avenue, Suite 2800
             Seattle, Washington 98101
5            Tel: 206.407.2200Fax: 206.407.2224
             E-mail:  patty@calfoeakes.com
6            damone@calfoeakes.com
             emilyp@calfoeakes.com
7            Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE
DEPOSITIONS - 4
2:16-CV-01815-RSM