UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ELBRIDGE H. STUART, III,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMP KOREY,<br><br>    Defendant. | Case No. 2:16-cv-01815-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR CAMP KOREY TO SERVE ITS PRETRIAL STATEMENT |

The parties stipulate as follows:

1. Under the Order Setting Trial Date and Related Dates ordered by the Court on April 26, 2017 (Dkt. No. 34), Defendant Camp Korey's Local Rule 16(i) Pretrial Statement is due to be served on Plaintiff's counsel on September 14, 2017.

2. The parties are currently in discussions that may result in the resolution of this action without the need for a trial. Therefore, the parties hereby STIPULATE AND AGREE to extend the date for Camp Korey's Pretrial Statement to September 20, 2017, and request that the Court enter the Order below approving of this extension.

3. This change will not affect the October 4, 2017, deadline for the Agreed Pretrial Order or for any other documents that are required to be filed with the Court.

STIPULATED MOTION TO EXTEND TIME
FOR CAMP KOREY TO SERVE ITS
PRETRIAL STATEMENT AND ORDER - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220 FAX, (206) 407-2224

| | |
|---|---|
| 1 | DATED this 13th day of September, 2017. |
| 2 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |

SHARTSIS FRIESE LLP

By *s/Frank Cialone* (per email authorization)
Frank A. Cialone, CSB #172816
One Maritime Plaza, 18th Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Email: fcialone@sflaw.com

OGDEN MURPHY WALLACE P.L.L.C.

By *s/Jessica Jensen* (per email authorization)
Jessica Jensen, WSBA #29353
Ogden Murphy Wallace P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
Telephone: (206) 447-7000
Email: jjensen@omwlaw.com

Attorneys for Plaintiff

CALFO EAKES & OSTROVSKY PLLC

By *s/Patty A. Eakes*
Patricia A. Eakes, WSBA #18888
Damon C. Elder, WSBA #46754
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
damone@calfoeakes.com

Attorneys for Defendant

STIPULATED MOTION TO EXTEND TIME
FOR CAMP KOREY TO SERVE ITS
PRETRIAL STATEMENT AND ORDER - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220   FAX, (206) 407-2224

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 19, 2017

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME
FOR CAMP KOREY TO SERVE ITS
PRETRIAL STATEMENT AND ORDER - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220   FAX, (206) 407-2224