THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELBRIDGE H. STUART, III,

    Plaintiff,

  v.

CAMP KOREY,

    Defendant.

Case No. 2:16-cv-01815-RSM

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED by and between Plaintiff, Elbridge H. Stuart, III, and Defendant, Camp Korey, through their attorneys, that all claims and causes of action in the above-entitled matter shall be dismissed with prejudice and without costs.

DATED this 22nd day of September, 2017.

SHARTSIS FRIESE LLP

By  s/Frank Cialone (per email authorization)
Frank A. Cialone, CSB #172816
One Maritime Plaza, 18th Floor
San Francisco, CA  94111-3598
Telephone:  (415) 421-6500
Email:  fcialone@sflaw.com

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
Case No. 2:16-cv-01815-RSM

LAW OFFICES
CALFO EAKES & OSTROVSKY PLLC
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220   FAX, (206) 407-2224

OGDEN MURPHY WALLACE P.L.L.C.

By s/Jessica Jensen (per email authorization)
Jessica Jensen, WSBA #29353
Ogden Murphy Wallace P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA 98164-2008
Telephone: (206) 447-7000
Email: jjensen@omwlaw.com

Attorneys for Plaintiff

CALFO EAKES & OSTROVSKY PLLC

By s/Patty A. Eakes
Patricia A. Eakes, WSBA #18888
Damon C. Elder, WSBA #46754
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Phone: (206) 407-2200
Fax: (206) 407-2224
Email: pattye@calfoeakes.com
damone@calfoeakes.com

Attorneys for Defendant

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
Case No. 2:16-cv-01815-RSM

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220  FAX, (206) 407-2224

| | |
|---|---|
| 1 | |
| 2 | **<u>ORDER</u>** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | |
| 5 | DATED: September 26, 2017 |
| 6 | |
| 7 | |
| 8 | RICARDO S. MARTINEZ<br>CHIEF UNITED STATES DISTRICT JUDGE |

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3
Case No. 2:16-cv-01815-RSM

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2220   FAX, (206) 407-2224